United States District Court
Southern District of New York

---

COMCAST CORPORATION, ET AL.,

                Plaintiffs,

  - against -

C-CATION, INC., ET AL.,

                Defendants.

---

11 Civ. 1922 (JGK)

MEMORANDUM OPINION AND ORDER

JOHN G. KOELTL, District Judge:

The plaintiffs are granted leave file an amended complaint. If any claims in the amended complaint are dismissed for failure to state a claim or on summary judgment, they will be dismissed with prejudice. See Abu Dhabi Commercial Bank v. Morgan Stanley & Co., No. 08 Civ. 7508, 2009 WL 3346674, at *2 (S.D.N.Y. Oct. 15, 2009).

The plaintiffs shall file their amended complaint by **May 20, 2011**. The defendants shall move or answer by **June 10, 2011**. The plaintiffs shall file any response by **July 8, 2011**. The defendants shall file any reply by **July 22, 2011**.

All pending motions are denied as moot. The Clerk is directed to close any pending motions.

SO ORDERED.

Dated:    New York, New York
            May 16, 2011

                                      John G. Koeltl
                                  United States District Judge